IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:12 CR 116(14) |
| Plaintiff, | : | |
| vs. | : | |
| **GABRIEL HERNANDEZ-RAMIREZ, et al.,** | : | **ORDER** |
| Defendants. | : | |

The United States has filed a motion to dismiss the Second Superseding Indictment as to Defendant Erendira Duenas-Llamas (Defendant 14) only in this matter. For good cause shown, the Court hereby orders that the Second Superseding Indictment be dismissed without prejudice as to Defendant Erendira Duenas-Llamas only.

9/25/17
DATE

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT